IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY LEE WYNN, (AIS # 287921), Petitioner, | |
| v. | CIVIL ACTION NO. 14-00390-KD-B |
| FREDDIE BUTLER, Respondent. | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated August 26, 2014 and made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE** and **ORDERED** this the **26th** day of **September 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**